1 | McGREGOR W. SCOTT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:07-MJ-00045 TAG |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JARED JAMES DOOLEY and, ) | |
| KENDRA CHRISTINE SNOW, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Having considered the government's application to unseal the arrest warrants, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrants, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: December 14, 2007

THERESA A. GOLDNER
U.S. Magistrate Judge

1

1 | McGREGOR W. SCOTT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:07-MJ-00045 TAG |
|---|---|---|
| Plaintiff, | ) | APPLICATION TO UNSEAL CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANTS |
| v. | ) | |
| JARED JAMES DOOLEY and KENDRA CHRISTINE SNOW, | ) | |
| Defendant. | ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrants, criminal complaint and affidavit in the above-captioned proceeding.

This motion is based on the fact that the defendants in this matter were arrested today on the criminal complaint.

Dated: December 14, 2007            Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

1