**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JARED DOOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            PLAINTIFF,<br><br>**JARED JAMES DOOLEY**,<br>KENDRA CRISITNE SNOW<br><br>            DEFENDANT. | Case No.: 08-CR-00008 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

LAWRENCE J. O'NEILL AND KAREN ESCOBAR, ASSISTANT UNITED STATES

ATTORNEY:

**COMES NOW** Defendant, JARED JAMES DOOLEY by and through his attorney

of record, DAVID A. TORRES hereby requesting that the status conference currently set for

04/11/2008 be continued to 05/09/2008 at 9:00 a.m., or a date convenient to court and counsel.

This is a mutual request between Assistant United States Attorney, Karen Eacobar and is

joined by counsel for both defendants.  The purpose for the continuance is to provide additional

information to the court.

Based upon the foregoing, I respectfully request that this matter be continued to May 9, 2008.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: April 9, 2008          /s/ David A. Torres
                              DAVID A. TORRES
                              Attorney for Defendant
                              JARED JAMES DOOLEY

Dates: April 9, 2008          /s/ Carl Faller
                              Attorney for Co-Defendant
                              Kendra Crisitine Snow

                              McGREGOR W. SCOTT
                              United States Attorney

Dated: April 9, 2008          By /s/ Karen Escobar
                              KAREN ESCOBAR
                              Assistant U.S. Attorney

## ORDER

Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   April 9, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE